## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | |
| **DESMOND FLETCHER** | * | Case No. 13-4539 |
| Defendant/Appellant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR EXTENSION OF TIME

The Appellant, Desmond Fletcher, by and through Francis A. Pommett, III, Esquire, and the Law Offices of Nathanson & Pommett, P.C., his attorneys, files this motion and respectfully requests that the Court extend the time in which to file his reply brief in the instant case to and including Monday, June 16, 2014, and for cause states as follows:

1. Counsel filed the opening brief and joint appendix in the instant matter on December 6, 2013. On January 30, 2014, the Government filed a motion to dismiss the above-captioned appeal. The Appellant filed a response on February 21, 2014, and the Court granted in part and denied in part the Government's motion on April 4, 2014. On May 7, 2014, the Government filed its response brief. Appellant was granted an extension to file a reply brief from the original date of May 19, 2014, due to a criminal jury trial for which he was preparing. The Court granted the extension to Monday, June 9, 2014.

2. Counsel tried to verdict a second degree sexual assault case in the Circuit Court for Baltimore City, *State v. Tsegaye* Yitbarek, Case No. 112251013-015, which actually began Monday, June 2, 2014, and concluded with a not guilty verdict on all counts late Friday afternoon, on June 6, 2014. Counsel has not had time to prepare a reply to the Government's response and believes it is appropriate in the instant case.

3. Counsel left a telephone voicemail for Ms. Johnston, Assistant United States Attorney, but was unable to speak with her prior to filing the instant motion. Counsel does not believe she will object to the requested extension.

WHEREFORE, the Appellant, Desmond Fletcher, respectfully requests that the Court extend the time to file his reply brief to and including Monday, June 16, 2014.

>Respectfully submitted.
>Francis A. Pommett, III
>Francis A. Pommett, III
>Law Offices of Nathanson & Pommett, P.C.
>2 Dunmanway, Ste. 211
>Dundalk, Maryland 21222
>410-288-0888
>
>Attorneys for Appellant

## Certificate of Service

I hereby certify that on this 9th day of June, 2014, I forwarded a copy of the foregoing Motion for Extension of Time, to Deborah A. Johnston, AUSA, Office of the United States Attorney for the District of Maryland, 6406 Ivy Lane, Ste. 400, Greenbelt, Maryland 20770, via EM/ECF.

>Francis A. Pommett, III /s/
>Francis A. Pommett, III