FILED: June 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4539

(8:11-cr-00429-RWT-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DESMOND FLETCHER

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 06/16/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk