## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA**     \*

**vs.**     \*

**DESMOND FLETCHER**     \*     **Case No. 13-4539**

     **Defendant/Appellant**     \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR EXTENSION OF TIME

The Appellant, Desmond Fletcher, by and through Francis A. Pommett, III, Esquire, and the Law Offices of Nathanson & Pommett, P.C., his attorneys, files this motion and respectfully requests that the Court extend the time in which to file his reply brief in the instant case to and including Tuesday, June 17, 2014, and for cause states as follows:

1.    Counsel was given two extensions to file a reply brief in the instant case by the Court, and the reply is due to be filed today, Monday, June 16, 2014.

2.    Counsel has just finished editing and finalizing the reply brief and forwarded it to the printer's for copying and binding. Counsel was in court most of the day on Friday and all of this morning. While counsel worked towards finishing the reply on Saturday and last night, it was still not complete and had to be finished after court this morning.

WHEREFORE, the Appellant, Desmond Fletcher, respectfully requests that the Court extend the time to file his reply brief to and including Tuesday, June 17, 2014.

Respectfully submitted.
Francis A. Pommett, III
Francis A. Pommett, III
Law Offices of Nathanson & Pommett, P.C.
2 Dunmanway, Ste. 211
Dundalk, Maryland 21222
410-288-0888

Attorneys for Appellant

## **Certificate of Service**

I hereby certify that on this 16th day of June, 2014, I forwarded a copy of the foregoing Motion for Extension of Time, to Deborah A. Johnston, AUSA, Office of the United States Attorney for the District of Maryland, 6406 Ivy Lane, Ste. 400, Greenbelt, Maryland 20770, via EM/ECF.

<u>Francis A. Pommett, III /s/</u>
Francis A. Pommett, III