# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

June 17, 2014

Mr. Francis Albert Pommett III
2 Dunmanway
Suite 211
Baltimore, MD 21222

No. 13-4539,    US v. Desmond Fletcher
                8:11-cr-00429-RWT-1

Dear Mr. Pommett:

The court is in electronic receipt of your motion for extension and reply brief.  As the paper copies are being hand delivered within 24 hours of the docket entry, a motion is not required.  Your motion has been terminated.

                                Sincerely,

                                /s/ Taline A. Fischer
                                Deputy Clerk

cc:  Counsel